**DISMISS; Opinion Filed March 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01129-CV

### NADINE R. KING-MAYS, Appellant
### V.
### THE UNIVERSITY OF PENNSYLVANIA, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02254**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

The filing fee, the docketing statement, and appellant's brief in this case are past due. By postcard dated August 19, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 19, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By postcard dated January 21, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To

date, appellant has not paid the filing fee, filed a docketing statement, filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE


131129F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NADINE R. KING-MAYS, Appellant

No. 05-13-01129-CV     V.

THE UNIVERSITY OF PENNSYLVANIA,
Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-02254.
Opinion delivered by Justice Lang.   Justices
Moseley and Francis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE UNIVERSITY OF PENNSYLVANIA recover its costs of this appeal from appellant NADINE R. KING-MAYS.

Judgment entered this 21st day of March, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–3–